S. FRANK HARRELL – SBN#133437  *Government Code § 6103*
sfh@lynberg.com
SHANNON L. GUSTAFSON- SBN#228856
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868-5915
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for OFFICER TYLER KENNEDY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER KENNEDY, FRANK WILLIS, CITY OF WEST COVINA, DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendant. | CASE NO. CV 10-03703 JAK(FFMx)<br><br>*Assigned for All Purposes to:*<br>*Hon. John A. Kronstadt – Crtrm 750*<br><br>**JUDGMENT**<br><br>**JS-6**<br><br>*Complaint filed: May 21, 2010* |

The arguments having been presented and fully considered, and in accordance with the Court's November 22, 2011, Minute Order granting summary judgment in favor of Defendant TYLER KENNEDY:

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1. Plaintiff GEORGE HERNANDEZ ("Plaintiff") shall recover nothing from Defendant TYLER KENNEDY;

2. Defendant TYLER KENNEDY shall have judgment in his favor against Plaintiff; and

3. Defendant TYLER KENNEDY shall recover from Plaintiff his costs of suit.

**IT IS SO ORDERED.**

DATED: November 30. 2011

By: _____
*HON. JOHN A. KRONSTADT*
*United States District Judge*

2
**JUDGMENT**