Roger A. Colvin, Esq.
Alvarez-Glasman & Colvin
Attorneys at Law
13181 Crossroads Parkway North
Suite 400 – West Tower
City of Industry, CA 91746
Telephone: (562) 699-5500
Facsimile: (562) 692-2244
rcolvin@agclawfirm.com

Attorneys for Defendants
City of West Covina and Frank Wills

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HERNANDEZ,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>TYLER KENNEDY, FRANK WILLIS, CITY OF WEST COVINA, IVELISSE HERNANDEZ, DOES 1 THROUGH 10, INCLUSIVE<br><br>　　　Defendants. | Case No. LA CV10-03703 JAK (FFMx)<br><br>Honorable John A. Kronstadt<br><br>JUDGMENT GRANTING DEFENDANTS CITY OF WEST COVINA AND FRANK WILLS' MOTION FOR SUMMARY JUDGMENT   JS-6<br><br>Second Amended Complaint Filed: September 7, 2010 |

On October 24, 2011, the Court, Honorable John A. Kronstadt, United States District Court Judge Presiding, held a hearing on the following motions: (1) Plaintiff's Motion for Summary Judgment (Docket No. 42) filed by Plaintiff George Hernandez, (2) Defendants City of West Covina and Frank Wills' Motion for Summary Judgment or, in the alternative, Summary Adjudication (Docket No. 44), and (3) Defendant Tyler Kennedy's Motion for Summary Judgment or, in the alternative, Summary Adjudication (Docket No. 48). All the cross-motions for summary judgment addressed all the claims and causes of action contained in Plaintiff's Second Amended Complaint.

The arguments having been presented and fully considered, and in accordance with the Court's November 22, 2011, Minute Order granting Summary Judgment in favor of Defendants City of West Covina and Frank Wills:

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1. Plaintiff George Hernandez ("Plaintiff") shall recover nothing from Defendants City of West Covina and Frank Wills;

2. Defendants City of West Covina and Franks Wills shall have judgment in their favor against Plaintiff; and,

3. Defendants City of West Covina and Franks Wills shall recover from Plaintiff their costs of suit.

**IT IS SO ORDERED.**

Dated:  December 15, 2011            _____
                                     Honorable John A. Kronstadt
                                     United States District Court Judge