Roger A. Colvin, Esq.
Alvarez-Glasman & Colvin
Attorneys at Law
13181 Crossroads Parkway North
Suite 400 – West Tower
City of Industry, CA 91746
Telephone: (562) 699-5500
Facsimile: (562) 692-2244
rcolvin@agclawfirm.com

Attorneys for Defendants
City of West Covina and Frank Wills

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HERNANDEZ, | Case No. LA CV10-03703 JAK (FFMx) |
| Plaintiff, | Honorable John A. Kronstadt |
| vs. | **AMENDED JUDGMENT** |
| TYLER KENNEDY, FRANK WILLIS, CITY OF WEST COVINA, IVELISSE HERNANDEZ, DOES 1 THROUGH 10, INCLUSIVE | Second Amended Complaint Filed: September 7, 2010 |
| Defendants. | |

On October 24, 2011, the Court, Honorable John A. Kronstadt, United States District Court Judge Presiding, held a hearing on the following motions: (1) Plaintiff's Motion for Summary Judgment (Docket No. 42) filed by Plaintiff George Hernandez, (2) Defendants City of West Covina and Frank Wills' Motion for Summary Judgment or, in the alternative, Summary Adjudication (Docket No. 44), and (3) Defendant Tyler Kennedy's Motion for Summary Judgment or, in the alternative, Summary Adjudication (Docket No. 48). All the cross-motions for summary judgment addressed all the claims and causes of action contained in Plaintiff's Second Amended Complaint.

1  The arguments having been presented and fully considered, and in
2  accordance with the Court's November 22, 2011, Minute Order granting Summary
3  Judgment in favor of Defendants City of West Covina, Frank Wills and Tyler
4  Kennedy:
5  It is therefore now ORDERED, ADJUDGED, and DECREED that judgment
6  is entered in this action as follows:
7  1. Plaintiff George Hernandez ("Plaintiff") shall recover nothing from
8  Defendants City of West Covina, Frank Wills and Tyler Kennedy;
9  2. Defendants City of West Covina, Frank Wills and Tyler Kennedy
10 shall have judgment in their favor against Plaintiff; and,
11 3. Defendants City of West Covina, Frank Wills and Tyler Kennedy
12 shall recover from Plaintiff their costs of suit.
13 **IT IS SO ORDERED.**
14
15 Dated: December 15, 2011    _____
16                             Honorable John A. Kronstadt
                                United States District Court Judge

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 13181 Crossroads Parkway North, Suite 400, West Tower, City of Industry, California 91746.

On December 14, 2011, I served the within **[PROPOSED] JUDGMENT** on the interested parties in said action as follows:

Arnoldo Casillas, Esq. **(Via Electronic Service)**
Gregory W. Moreno & Associates
A Professional Law Corporation
3500 W. Beverly Blvd.
Montebello, CA  90640
Attorneys for Plaintiff George Hernandez

Shannon L. Gustafson, Esq. **(Via Electronic Service)**
Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA  92868
Attorneys for Defendant Officer Tyler Kennedy

Ivelisse Hernandez (Via Mail)
1216 East Service Avenue
West Covina, CA  91790
Defendant In Pro Per

**[XX] BY FIRST CLASS MAIL** (C.C.P. §§ 1013a *et seq*.):  I caused said document(s) to be deposited in the United States Mail in a sealed envelope with postage fully prepaid at City of Industry, California following the ordinary practice at my place of business of collection and processing of mail on the same day as shown on this declaration.

**[XX] VIA ELECTRONIC SERVICE:**  Pursuant to Local Rules.

**[XX]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 14, 2011, at City of Industry, California.

_____
Maria Luisa Espinosa